**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
ANITA ELIZABETH WALKER,

|                            |                            |
|----------------------------|----------------------------|
|         Plaintiff,         |   21 **CIVIL** 3173 (DCF)  |
|           -v-              |       **JUDGMENT**         |

COMMISSIONER OF SOCIAL SECURITY,

                               Defendant.
---------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons
stated in the Court's Stipulation and Order dated January 3, 2022, that the Commissioner's
decision is reversed and that this action be, and hereby is, remanded to the Commissioner of
Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative
proceedings.

**Dated:**  New York, New York
           January 4, 2022

                         **RUBY J. KRAJICK**
                      _____
                          **Clerk of Court**
**BY:**
                          **Deputy Clerk**